UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Daniel Reinganum, Esq.
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
dreinganum@mpadlaw.com

Order Filed on October 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Mary L. Bassette-Lockhart,

       Debtor.

Case No.: 16-31694

Chapter: 13

Judge: KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel L. Reinganum_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____400.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____218.00_____ per month for _25 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*

2