**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mary L. Bassette–Lockhart | Social Security number or ITIN   xxx–xx–2438 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–31694–MBK | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary L. Bassette–Lockhart

4/17/20

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 16-31694-MBK
Mary L. Bassette-Lockhart                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 2              Date Rcvd: Apr 17, 2020
                                  Form ID: 3180W           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2020.
```
db              +Mary L. Bassette-Lockhart,    1010 West 5th Street,    Florence, NJ 08518-1006
516497211       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
516720222       +Apex Asset Management,    POB 5407,    Lancaster, PA 17606-5407
516497212       +Burlington Co. Board of Freeholders,    49 Rancocas Road,    Mount Holly, NJ 08060-1317
516497213       +Burlington County Solicitor,    49 Rancocas Road,    Mount Holly, NJ 08060-1384
516497215       +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516497217       +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516497218       +Experian,    PO Box 4500,    Allen, TX 75013-1311
516497219       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516497220        Frost - Arnett,    PO Box 198988,    Portland, OR 97219
516724773       +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma City, OK 73118-6051
516497222       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                  Oklahoma City, OK 73126-0648
516497224       +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
516718460        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
516497225       +US Dept. of Housing and Urban Develop.,    451 7th Street, Southwest,
                  Washington, DC 20410-0002
516497226       +Virtua Health Memorial,    Mail Processing Center,    2 Brighton Road,    Clifton, NJ 07012-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 23:22:30      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 23:22:29      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: WFFC.COM Apr 18 2020 02:53:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                  1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
516497210        EDI: PHINAMERI.COM Apr 18 2020 02:53:00      Americredit Financial services,    PO Box 182673,
                  Arlington, TX 76096
516507924       +EDI: PHINAMERI.COM Apr 18 2020 02:53:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                  P O Box 183853,    Arlington, TX 76096-3853
516497214       +EDI: CAPITALONE.COM Apr 18 2020 02:53:00      Capital One,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
516646477        EDI: BL-BECKET.COM Apr 18 2020 02:53:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
516509372        EDI: DISCOVER.COM Apr 18 2020 02:53:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
516497216       +EDI: DISCOVER.COM Apr 18 2020 02:53:00      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
516497221       +E-mail/Text: bncnotices@becket-lee.com Apr 17 2020 23:22:04      Kohls/Capital One,
                  Po Box 3120,    Milwaukee, WI 53201-3120
516748731        EDI: PRA.COM Apr 18 2020 02:53:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                  POB 41067,    Norfolk VA 23541
516743865        EDI: PRA.COM Apr 18 2020 02:53:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516497223       +EDI: SWCR.COM Apr 18 2020 02:53:00      Southwest Credit Systems,
                  4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
516497225       +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Apr 17 2020 23:29:10
                  US Dept. of Housing and Urban Develop.,    451 7th Street, Southwest,
                  Washington, DC 20410-0002
516538059        EDI: WFFC.COM Apr 18 2020 02:53:00      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                  Irvine, CA 92623-9657
516497227       +EDI: WFFC.COM Apr 18 2020 02:53:00      Wells Fargo Dealer Services,    Po Box 3569,
                  Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Apr 17, 2020
                              Form ID: 3180W            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Daniel L Reinganum    on behalf of Debtor Mary L. Bassette-Lockhart DanielR@McDowellLegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```