| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Daniel L. Reinganum, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>(856) 482-5544<br>Attorneys for Debtor |
| In Re:<br>Mary L. Bassette-Lockhart |

**Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No: | 16-31694 |
| Chapter: | 13 |
| Hearing Date: | 5/15/20 |
| Judge: | MBK |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 14, 2020**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1010 West 5th Street, Florence, New Jersey, 08518

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: U.S. Dept of Housing & Urban Development
b. Current Assignee: US Department of Housing and Urban Development
c. Current Servicer: Novad Management Consulting
d. Date of Mortgage/Lien: 3/1/2013
e. Date of Recordation: 3/22/2013
f. Place of Recordation: Burlington County Clerk
   i. Mortgage Book: OR13063
   ii. Page: 7799          Instrument No. 4966812
g. Original Principal Balance of Mortgage/Lien: $ 6,334.33

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*