| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Daniel L. Reinganum, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>(856) 482-5544<br>Attorneys for Debtor | Order Filed on May 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Mary L. Bassette-Lockhart | Case No:  16-31694<br>Chapter:  13<br>Hearing Date:  5/15/2020<br>Judge:  MBK |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 14, 2020**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1010 West 5th Street, Florence, New Jersey, 08518

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Burlington County Board of Freeholders
b. Current Assignee: Burlington County Board of Freeholders
c. Current Servicer: Burlington County Board of Freeholders
d. Date of Mortgage/Lien: May 23, 2012
e. Date of Recordation: June 12, 2012
f. Place of Recordation: Burlington County Clerk
   i. Mortgage Book: OR13016
   ii. Page: 5327          Instrument No. 4897040
g. Original Principal Balance of Mortgage/Lien: $ 18,265.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*