| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Daniel L. Reinganum, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>(856) 482-5544<br>Attorneys for Debtor | |
| In Re:<br><br>Mary L. Bassette-Lockhart | |

Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 16-31694 |
| Chapter: | 13 |
| Hearing Date: | 5/15/20 |
| Judge: | MBK |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 14, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1010 West 5th Street, Florence, New Jersey, 08518

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: U.S. Dept of Housing & Urban Development
    b. Current Assignee: US Department of Housing and Urban Development
    c. Current Servicer: Novad Management Consulting
    d. Date of Mortgage/Lien: 3/1/2013
    e. Date of Recordation: 3/22/2013
    f. Place of Recordation: Burlington County Clerk
        i. Mortgage Book: OR13063
        ii. Page: 7799    Instrument No. 4966812
    g. Original Principal Balance of Mortgage/Lien: $ 6,334.33

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 16-31694-MBK
Mary L. Bassette-Lockhart                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1                Date Rcvd: May 14, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db             +Mary L. Bassette-Lockhart,    1010 West 5th Street,    Florence, NJ 08518-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Daniel L Reinganum    on behalf of Debtor Mary L. Bassette-Lockhart DanielR@McDowellLegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 5